IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(DES MOINES)

| | |
|---|---|
| In re<br><br>IGNIT JOHNSTON, LLC<br><br>Debtor. | Case No. 26-01910-lmj11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS |

The undersigned hereby enters an appearance as counsel for ET Capital Partners, Inc., and pursuant to Rule 2002, requests that copies of all filing or service in this case be sent to:

Samuel Z. Marks
4225 University Avenue
Des Moines, Iowa 50311
Phone: 515.276.7211
Fax: 515.276.6280
Email address: office@markslawdm.com

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice of Appearance and Request for Service of Papers does not constitute a consent to any violation of Bankruptcy Rule 9003. This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. § 157.

MARKS LAW FIRM, P.C.

/s/ Samuel Z. Marks_______
Samuel Z. Marks AT0004896
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515)276-6280
EMAIL sam@markslawdm.com
office@markslawdm.com
ATTORNEY FOR ET CAPITAL PARTNERS, INC.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on October 23, 2026

By: ☐ Overnight Courier ☐ Fax ☐ E mailed

☐ Hand Delivered ☐ U.S. Mail ■ Other

☐ Certified Mail ☐ Scanned ____CM/ECF________

Signature ____/s/ MMK_________